# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHELLEY L. HOTTENSTEIN,

    Plaintiff,

v.

    Case No. 06-12486
    Hon. Gerald E. Rosen
    Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

# ORDER ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 28, 2007

PRESENT: Honorable Gerald E. Rosen
                United States District Judge

On June 19, 2007, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Shelley L. Hottenstein's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. Plaintiff has not filed any objections to the R & R. Having reviewed the parties' cross-motions, the R & R, and the other materials in the record, the Court agrees with the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

June 19, 2007 report and recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's motion for summary judgment is DENIED, and that Defendant's motion for summary judgment is GRANTED.

                                              s/Gerald E. Rosen
                                              Gerald E. Rosen
                                              United States District Judge

Dated: September 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2007, by electronic and/or ordinary mail.

                                              s/LaShawn R. Saulsberry
                                              Case Manager